

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00276-CR

Efren **MORENO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR10602
Honorable Frank J. Castro, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

Delivered and Filed: September 14, 2022

PERMANENTLY ABATED

On August 30, 2022, appellant's attorney notified this court appellant died on August 1, 2022 while in custody of the Texas Department of Criminal Justice. The death of an appellant during the pendency of an appeal deprives this court of jurisdiction. *Molitor v. State*, 862 S.W.2d 615, 616 (Tex. Crim. App. 1993); *Marez v. State*, No. 04-05-00651-CR, 2006 WL 118384, at *1 (Tex. App.—San Antonio Jan. 18, 2006, no pet.) (mem. op., not designated for publication.) Here, the appeal was perfected before appellant's death, and this court has not yet issued a mandate.

Under these circumstances, the appropriate disposition is the permanent abatement of the appeal.

TEX. R. APP. P. 7.1(a)(2). Accordingly, we order the appeal to be permanently abated. *See id.*

PER CURIAM

Do Not Publish